FILED
CHARLOTTE, NC
NOV 16 2021
US DISTRICT COURT
WESTERN DISTRICT OF NC
"UNDER SEAL"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:21-CR-272-RJC |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violations: 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 922(d) |
| ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| (1) MARKEY ANTWAN WHITE ) | 21 U.S.C. §841(a)(1) |
| (2) DEVENE TRAVONNE DOUGLAS ) | (b)(1)(D) |
| ) | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
*(Possession of a Firearm by a Convicted Felon)*

On or about June 13, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**MARKEY ANTWAN WHITE,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess three Ruger Model Max-9 9mm luger caliber pistols and two Taurus Model G2C 9mm caliber pistols, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
*(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)*

On or about June 13, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**MARKEY ANTWAN WHITE,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), as charged in Count Three in this Bill of Indictment, incorporated by reference herein, for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT THREE
*(Possession with Intent to Distribute Controlled Substance)*

On or about June 13, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

MARKEY ANTWAN WHITE,

did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: marijuana, a Schedule I controlled substance, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT FOUR
*(Transfer of a Firearm to a Prohibited Person)*

On or about June 13, 2021, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DEVENE TRAVONNE DOUGLAS**

knowingly transferred firearms, that is, three Ruger Model Max-9 9mm luger caliber pistols and two Taurus Model G2C 9mm caliber pistols, to Markey Antwan White, knowing and having reasonable cause to believe that Markey Antwan White had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;
b. All property used or intended to be used in any manner or part to commit or facilitate such violations;
c. All firearms or ammunition involved or used in such violations; and
d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: three Ruger Model Max-9 9mm luger caliber pistols, two Taurus Model G2C 9mm caliber pistols, and magazines seized during the

investigation.

A TRUE BILL

████████████████

FOREPERSON

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

*[signature: Kimlani M. Ford]*

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY