Markey Antwan White
Global Subject 39907-512
Western Virginia Regional Jail
5885 West River Road
Salem, VA 24153

GREENSBORO NC 270
PIEDMONT TRIAD AREA
15 SEP 2026 PM 4 L

FREEDOM
FOREVER USA

RECEIVED
Charlotte, NC
SEP 21 2026
Clerk, US District Court
Western District NC

WVRJ INMATE
SEP 14 2026
LEGAL MAIL

Office of the Clerk
Western District of North Carolina
Charlotte-Division
Room 210, Charles R. Jonas Building
401 West trade Street
Charlotte, North Carolina

WVRJ INMATE MAIL